**Order issued July 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-00051-CR

---

### JONATHAN DEMOND, CREWS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Justices Francis, Lang-Miers, and Whitehill

Based on the Court's opinion of this date, we **GRANT** the December 1, 2014 motion of Niles Illich for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Niles Illich as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Jonathan Demond Crews, TDCJ No. 1908647, Lewis Unit, 777 FM 3497, Woodville, Texas, 75990.

/Molly Francis/
MOLLY FRANCIS
JUSTICE